**Order entered September 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00718-CV

### IN RE R.P.D. JR., Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-23826**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's June 19, 2019 petition for writ of mandamus. We **LIFT** our July 24, 2019 stay of the trial court's May 31, 2019 order awarding interim attorney's fees.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE